IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DAVID AND JULIE KRAUTH,<br><br>             Plaintiff,<br><br>v.<br><br> H&R ACCOUNTS, INC.,<br><br><br><br>             Defendant. | NO. 4:2010-cv-00514<br><br><br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

    Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff DAVID and JULIE KRAUTH requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.

  <u>/s/ L. Ashley Zubal</u>
L. Ashley Zubal     AT0009559
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, Iowa  50311
(515) 276-7211
FAX (515)276-6280
ATTORNEY FOR PLAINTIFF

Christopher R. Morris
Bassford Remele
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
(612) 333-3000

**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 22 day of February, 2011, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.